EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Juan G. Maldonado Santiago | 2024 TSPR 110 <br><br> 214 DPR ___ |

Número del Caso:  TS-18,469


Fecha:  18 de octubre de 2024


Representante Legal de la peticionaria:

  Por derecho propio



Materia:  Reinstalación al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re:* <br><br> Juan G. Maldonado Santiago | TS-18,469 | |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 18 de octubre de 2024.

Atendida la *Solicitud de reinstalación al ejercicio de la abogacía y la notaría* presentada por el Sr. Juan G. Maldonado Santiago, se dispone lo siguiente:

**Se reinstala al peticionario al ejercicio de la abogacía.** Por otro lado, se le advierte que su solicitud para ser reinstalado al ejercicio de la notaría será considerada cuando haya presentado ante nos una fianza notarial de conformidad con la Ley Notarial.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo
